**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA KAMINSKIY, | No. C-14-0418 MMC |
| Plaintiff, | **ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPY OF SPECIFIED FILINGS** |
| v. | |
| KIMBERLITE CORPORATION, | |
| Defendants. | |
| _____/ | |

On April 9, 2014, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter:

1. Defendants are hereby DIRECTED to submit a chambers copy of (a) the notice of removal, filed January 28, 2014, (b) the motion to dismiss, and supporting documents, filed March 12, 2014, and (c) the reply, filed April 1, 2014.

2. Plaintiff is hereby DIRECTED to submit a chambers copy of (a) the First Amended Complaint, filed February 18, 2014, and (b) the opposition to the motion to dismiss, filed March 26, 2014.

**IT IS SO ORDERED.**

Dated: April 18, 2014

_____
MAXINE M. CHESNEY
United States District Judge