IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA KAMINSKIY, | No. C-14-0418 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| KIMBERLITE CORPORATION, et al., | |
| Defendants. | |

In light of plaintiff's pending motion to amend, noticed for hearing on May 16, 2014, and defendants' motion to dismiss, noticed for hearing on May 23, 2014, the Case Management Conference is hereby CONTINUED from May 2, 2014 to June 27, 2014. A Joint Case Management Statement shall be filed no later than June 20, 2014.

**IT IS SO ORDERED.**

Dated: April 24, 2014

_____
MAXINE M. CHESNEY
United States District Judge