IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA KAMINSKIY, | No. C-14-0418 MMC |
| Plaintiff, | **ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO AMEND** |
| v. | |
| KIMBERLITE CORPORATION, et al., | |
| Defendants. | |

Before the Court is plaintiff's Motion to Amend Complaint, filed April 10, 2014, and noticed for hearing May 16, 2014. Also before the Court is defendants' Motion to Dismiss, filed March 12, 2014, and noticed for hearing May 23, 2014. Both motions have been fully briefed.

In the interest of judicial economy, the hearing on plaintiff's Motion to Amend Complaint is hereby CONTINUED to May 23, 2014.

**IT IS SO ORDERED.**

Dated: May 12, 2014

MAXINE M. CHESNEY
United States District Judge