IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA KAMINSKIY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KIMBERLITE CORPORATION, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C-14-0418 MMC<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS AND STRIKE JURY DEMAND AND ON PLAINTIFF'S MOTION TO AMEND** |

　　　Before the Court are two motions: (1) defendants' "Motion to Dismiss (12(b)(6)) First Amended Complaint and Motion to Strike Jury Demand (39(a)(2))," filed March 12, 2014; and (2) plaintiff's "Motion to Amend Complaint," filed April 10, 2014. Both motions have been fully briefed.

　　　Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters suitable for decision on the parties' respective written submissions, and hereby VACATES the May 23, 2014 hearing.

　　　**IT IS SO ORDERED.**

Dated: May 21, 2014

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge